IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LNV CORPORATION, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-3219 |
| | : | |
| v. | : | |
| | : | |
| SALVATORE CATALANO and SUSAN CATALANO, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 19th day of August, 2015, after considering the motion for a default judgment filed by the plaintiff, LNV Corporation, and the documents attached thereto (Doc. No. 13), and after considering the affidavit in support of subject-matter jurisdiction (Doc. No. 15) and the other documents of record, including the complaint (Doc. No. 1); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for a default judgment (Doc. No. 13) is **GRANTED**;

2. Judgment is entered by default in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure in favor of the plaintiff, LNV Corporation, and against the defendants, Salvatore J. Catalano and Susan E. Catalano, as follows:

    a. Fixing the amount due under the Note at $499,609.60, together with continuing per diem default interest thereon in the amount of $143.23 per day from and after July 16, 2015, until the Mortgaged Property is sold at a foreclosure sale, together with any and all other amounts advanced by the plaintiff during the pendency of this action, together with attorney's fees; and

    b. Foreclosing all right, title, lien, and equity of redemption which said defendants and all those claiming by, through or under it have or had in the real estate located at 110-112 State Road, Portland, Pennsylvania, as more fully described in Exhibit A hereto (the "Mortgaged Premises"), together with the personalty, fixtures, furniture, and other items and things pledged as collateral for the loan (the "Loan") at issue in this action, all as more specifically and fully identified in the Mortgage, Rents Assignment, and UCC-1 Financing Statements at issue in this action (collectively, with the Mortgage Premises, the "Mortgaged Property"), and ordering that the Mortgaged Property be sold at a public foreclosure sale to be conducted by the Receiver pursuant to 28 U.S.C. § 2001, *et seq.* on such terms and conditions as shall be advertised; and

  3. The clerk of court shall mark this case as **CLOSED**.

               BY THE COURT:


               /s/ *Edward G. Smith, J.*
               EDWARD G. SMITH, J.